NEW JERSEY STATE PLUMBING INSPECTORS ASSOCIATION, INC. v. PATRICIA Q. SHEEHAN.

January 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CLYDE COFIELD.

January 30, 1979. Petition for certification denied.

BEATRICE E. OSTERBERG v. GEORGE HASSMILLER.

January 30, 1979. Petition for certification denied.

MICHAEL K. CARICATO v. BEJO REALTY, INC.

January 30, 1979. Petition for certification denied.